**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAVIER ARCILA and ISMARA FERRER,

    Plaintiffs,

v.                                    Case No.  8:08-cv-1413-T-30EAJ

TUSCANY PRESERVE DEVELOPMENT,
INC., a Florida Corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

    The Court has been advised via a Joint Motion to Stay Action (Dkt. #9) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>one hundred twenty (120) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 120-day period, however, dismissal shall be with prejudice.  All pending motions, if any,  are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on September 17, 2008.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-1413.dismissal 9.wpd